UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Argyros

                Plaintiff(s),

-against-

89B Restaurant Corp.

                Defendant(s).
------------------------------------------------------------x

09 Civ. 4053(GBD)(FM)

ORDER OF DISCONTINUANCE

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with/~~without~~ prejudice and with/~~without costs~~, provided, however, that within 10 days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED: New York, New York
          November 24, 2009

_____
Frank Maas
United States Magistrate Judge

_____
Attorney(s) for Plaintiff
Lizabeth Schalet

_____
Attorney(s) for Defendant
Vincent T. Pallaci

Agreed and Consented to:

Agreed and Consented to:

Theodore Sentis